**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL GARRISON,

    Plaintiff,

v.                                            Case No. 16-12823

KYRA WILLIAMS-BENNETT &
MICHAEL EGEN,

    Defendants.
                                           /

**ORDER DENYING PLAINTIFF'S "MOTION FOR
A TEMPORARY RESTRAINING ORDER"**

On August 1, 2016, Plaintiff Michael Garrison filed a *pro se* Complaint challenging the constitutionality of various conditions imposed on his parole. Plaintiff also sought *in forma pauperis* status and requested service by the United States Marshal, both of which the court granted. About six weeks later, on September 13, 2016 Plaintiff filed a "Motion for a Temporary Restraining Order." (Dkt. # 6.). The court has reviewed the Motion and determined that the requirements for issuing a temporary restraining order under Federal Rule of Civil Procedure 65(b) are not met in this case. Specifically, Plaintiff's Complaint fails to establish that "immediate and irreparable injury, loss, or damage will result . . . before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Additionally, the court will grant Plaintiff's Motion for the Appointment of Counsel (Dkt. # 7) in a separate order and anticipates that Plaintiff's counsel may wish to amend the pleadings or to otherwise clarify the issues presented to the court. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for a Temporary Restraining Order" (Dkt. # 6) is DENIED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 12, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 12, 2016, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522