**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL GARRISON,

        Plaintiff,

v.                                Case No. 16-12823

KYRA WILLIAMS-BENNETT &
MICHAEL EGEN,

        Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Plaintiff Michael Garrison, presently proceeding *in propria persona* and *in forma pauperis*, filed a "Motion to Appoint Counsel" on September 12, 2016. (Dkt. # 7.) While the court has no way to "appoint" *pro bono* counsel, "[t]he court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Given the complexity of the issues presented and the restrictions imposed on Plaintiff's access to the internet and other resources for legal research, the court concludes that Plaintiff would benefit from the assistance of counsel. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Appoint Counsel" (Dkt. # 7) is GRANTED. The court will endeavor to find counsel willing to represent Plaintiff in this matter free of charge. The court will notify the parties and schedule a status conference once it has found such counsel.

                             s/Robert H. Cleland_____
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

Dated: October 13, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 13, 2016, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522