**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL GARRISON,

    Plaintiff,

v.                                         Case No. 16-12823

KYRA WILLIAMS-BENNETT &
MICHAEL EGEN,

    Defendants.
                                              /

**ORDER PROVISIONALLY APPOINTING *PRO BONO* COUNSEL**

Plaintiff Michael Garrison, presently proceeding *pro se* and *in forma pauperis*, filed a "Motion to Appoint Counsel" on September 12, 2016. (Dkt. # 7.) In its order entered October 13, 2016, the court explained that although it had no way to "appoint" *pro bono* counsel, it would endeavor to find willing counsel under 28 U.S.C. § 1915(e)(1). The law firm of Miller, Canfield, Paddock and Stone, P.L.C. has indicated to the court that one or more of its attorneys may be interested in representing Plaintiff in some capacity in this lawsuit, but that they first requested permission to confer with Plaintiff before offering representation. Accordingly,

IT IS ORDERED that Miller, Canfield, Paddock, and Stone P.L.C. is provisionally appointed as counsel for Plaintiff, contingent on both counsel and Plaintiff's consent. Counsel is DIRECTED to confer with Plaintiff and notify the court within two weeks of the entry of this order whether a notice of appearance will be filed. Nothing in this order shall be deemed as necessarily creating an attorney-client relationship, but only to facilitate a meeting for Plaintiff and counsel to then determine whether to engage in such a relationship.

IT IS FURTHER ORDERED that all relevant briefing deadlines are STAYED until the court finds that the matter of Plaintiff's representation is resolved. In the event this meeting does not result in representation, the court will continue its efforts to find alternate counsel. The court has made, and makes, no guarantees about whether counsel will be located. If unable to find willing counsel within a reasonable time period, the court will require the case to continue with Plaintiff proceeding pro se.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: November 10, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2016, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522